UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DENA GREEN,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. EDCV 10-01062 AJW<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

June 30, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge